IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                        No. CIV S-01-1643 FCD JFM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                    ORDER

_____/

       On September 9, 2005, petitioner filed a request for the status of this action and two others that he filed in this court. On December 16, 2005, petitioner filed a document styled "Amend/Combine All Hearings. . . . "  The above-captioned action was dismissed on November 29, 2001 for failure to exhaust state remedies. This action will not be reopened, nor will it be consolidated with any other action pending in this court. No further orders will issue in response to future filings bearing the above case number.

DATED: January 23, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

12; mill1643.158sec